No. 95–8626. COLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–8628. FROST *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8629. ABDUL HAKEEM *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 95–8643. GILES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–8644. DUQUETTE *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 95–8646. YARNELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–8648. JUSTICE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–8650. ATKINSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.